CLOSED

# U.S. District Court
## Southern District of Ohio (Columbus)
## CRIMINAL DOCKET FOR CASE #: 2:14-mj-00239-EPD All Defendants
## Internal Use Only

Case title: USA v. Brown

Other court case number: 1:14-cr-175 Eastern District of Virginia - Alexandria

Date Filed: 05/16/2014

Date Terminated: 05/20/2014

Assigned to: Magistrate Judge Elizabeth Preston Deavers

### Defendant (1)

**Sharyn J. Brown**
*TERMINATED: 05/20/2014*

represented by **Gordon Griswold Hobson , Jr.**
Federal Public Defender
One Columbus
10 W Broad Street
Suite 1020
Columbus, OH 43215-3419
614-469-2999
Email: gordon_hobson@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

### Pending Counts

None

### Highest Offense Level
### (Opening)

None

### Terminated Counts

### Disposition

### Disposition

None

## Highest Offense Level
## (Terminated)
None

| **Complaints** | **Disposition** |
|---|---|
| 18:371.F | |

**Plaintiff**

USA        represented by **Michael J Hunter**
U.S. Attorneys Office
303 Marconi Blvd
Suite 200
Columbus, OH 43215
614-469-5715
Fax: 614-469-5653
Email:
Michael.Hunter@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/16/2014 | 1 | Rule 5 Out Documents Received as to Sharyn J. Brown. (sln1) (Entered: 05/20/2014) |
| 05/16/2014 | | Arrest (Rule 5 Out) of Sharyn J. Brown. (sln1) (Entered: 05/20/2014) |
| 05/16/2014 | 2 | Minute Entry for proceedings held before Magistrate Judge Elizabeth Preston Deavers:Initial Appearance in Rule 5 Out Proceedings & Bond Hearing as to Sharyn J. Brown held on 5/16/2014. Dft released on O/R Bond. (Tape #14 05 16 #1.) (sln1) (Entered: 05/20/2014) |
| 05/16/2014 | 🔒 3 | CJA 23 Financial Affidavit by Sharyn J. Brown. (sln1) (Entered: 05/20/2014) |
| 05/16/2014 | 4 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER |

| | | | |
|---|---|---|---|
| | | | Gordon Hobson for Sharyn J. Brown. Signed by Magistrate Judge Elizabeth Preston Deavers on 5/20/2014. (sln1) (Entered: 05/20/2014) |
| 05/16/2014 | | 5 | WAIVER of Rule 5 (Identity) Hearing by Sharyn J. Brown. (sln1) (Entered: 05/20/2014) |
| 05/16/2014 | 🔒 | 6 | ORDER Setting Conditions of Release. Signed by Magistrate Judge Elizabeth Preston Deavers on 5/16/2014. (sln1) (Entered: 05/20/2014) |
| 05/16/2014 | | 7 | ORDER Requiring Dft to Appear at an Arraignment in the Eastern District of Virginia on May 30, 2014 at 9:00 AM. Signed by Magistrate Judge Elizabeth Preston Deavers on 5/16/2014. (sln1) (Entered: 05/20/2014) |
| 05/20/2014 | 🔒 | | (Court only) ***Case Terminated. Documents sent to Eastern District of Virginia, via email to Paulina Miller. (sln1) (Entered: 05/20/2014) |

AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Ohio

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.   2:14-mj-239 |
| | ) | |
| Sharyn J. Brown | ) | Charging District:   Eastern District of Virginia |
| | ) | |
| *Defendant* | ) | Charging District's Case No.  1:14-cr-175 |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT
## WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges.  If the time to appear in that court has not yet been set, the defendant must appear when notified to do so.  Otherwise, the time and place to appear in that court are:

| Place: | U.S. District Court<br>401 Courthouse Square<br>Alexandria, VA 22314 | Courtroom No.:  Judge Claude M. Hilton |
|---|---|---|
| | | Date and Time:  May 30, 2014 at 9:00 AM |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date:    May 16, 2014

s/Elizabeth A. Preston Deavers
_____
*Judge's signature*

Elizabeth A. Preston Deavers, U.S. Magistrate Judge
*Printed name and title*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

United States of America

     vs.

Sharyn J. Brown

Case No. 2:14-mj-239

## ORDER

IT IS ORDERED that the Federal Public Defender at One Columbus, 10 West Broad St., S-1020, Columbus, Ohio 43215, 469-2999 is appointed in this case to represent Sharyn J. Brown.

The Federal Public Defender is reminded of counsel's obligation to report significant changes in defendant's employment or financial circumstances sufficient to enable defendant to pay, in whole or in part, for legal representation. *CJA Plan*, Part V(D)(2).

Date: May 16, 2014

*s/ Elizabeth A. Preston Deavers*
United States Magistrate Judge
Elizabeth A. Preston Deavers

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION AT COLUMBUS

**United States of America**

**-vs-**                                                    **Case No. 2:14-mj-239**

**Sharyn J. Brown**

---

## COURTROOM MINUTES

| JUDGE: | Elizabeth A. Preston Deavers | DATE AND TIME: | 5/16/2014 at 2:00 PM |
|---|---|---|---|
| DEPUTY CLERK: | Sherry Nichols | COUNSEL FOR GOVT: | Mike Hunter |
| COURT FLOW: | 14 05 16 #1 | COUNSEL FOR DEFT(S). | Gordon Hobson |
| INTERPRETER: | | PRETRIAL/PROBATION: | Shelly Singleterry |

Initial Appearance on Rule 5 Out Arrest & Bond Hearing

-Dft advised of rights, penalties, and charges
-Dft completed a CJA financial affidavit; Gordon Hobson appointed
-Parties agree to conditions of release
-Dft released on O/B bond
-Dft Directed to attend the Arraignment on Indictment hearing set for May 30, 2014 at 9:00 AM in Alexandria, Virginia, before Judge Claude M. Hilton
-Dft also Directed to report to Pretrial Services in Alexandria, Virginia by May 30, 2014

AO 466A (Rev. 01/09)  Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
## for the
### Souther  District of  Ohio

| | |
|---|---|
| United States of America | ) |
| v. | ) Case No. 2:14 m 5 - 239 |
| Sharyn Joy Brown | ) |
| _____ | ) Charging District's Case No. |
| Defendant | ) 1-14-cR-175 |

### WAIVER OF RULE 5 & 5.1 HEARINGS
### (Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)* Eastern District of Virginia.

I have been informed of the charges and of my rights to:

(1)     retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2)     an identity hearing to determine whether I am the person named in the charges;

(3)     production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4)     a preliminary hearing within 10 days of my first appearance if I am in custody and 20 days otherwise —
         unless I am indicted — to determine whether there is probable cause to believe that an offense has
         been committed;

(5)     a hearing on any motion by the government for detention;

(6)     request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☒     an identity hearing and production of the warrant.

☐     a preliminary hearing.

☐     a detention hearing.

☐     an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may
       be entitled in this district.  I request that those hearings be held in the prosecuting district, at a time set
       by that court.

       I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are
pending against me.

Date:  5-16-14

                                        by: Sharyn UCC1-308
                                        *Defendant's signature*

                                        _____
                                        *Signature of defendant's attorney*

                                        Gordon Hobson
                                        *Printed name of defendant's attorney*