AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

**FILED UNDER SEAL**

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

2014 MAY 14 PM 3: 0

| | |
|---|---|
| United States of America<br>v.<br>JAMES THOMAS McBRIDE<br>a/k/a "JT"<br>a/k/a "Jaemes Thomas McBride"<br>a/k/a "Jim McBride"<br>Defendant | Case No. 1:14CR175 |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* JAMES THOMAS McBRIDE (See above for Aliases),
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:
Conspiracy, in violation of Title 18 United States Code Section 371.
Causing the Impersonation of a Diplomat, in violation of Title 18 United States Code Section 915 & 2.
Producing False Identification Documents, in violation of Title 18 United States Code Section 1028(a)(1) & 2.

Date: 05/14/2014

_____
Issuing officer's signature

PAULINA A. MILLER, DEPUTY CLERK
Printed name and title

City and state: Alexandria, Virginia

---

### Return

This warrant was received on *(date)* 5-14-14, and the person was arrested on *(date)* 5-16-14
at *(city and state)* Green.

Date: 5-16-14

_____
Arresting officer's signature

TIM Eberling, DUSM
Printed name and title

for HSI - District of South Carolina