Date: 5/30/2014     Judge: Hilton (for AJT)     Reporter: Montgomery
Interpreter:
Language:
Update Deadlines:
UNITED STATES of AMERICA     Prob. Copies:
Vs.     PTS Copies:
AUSA Copes:

James Thomas McBride     1:14CR00175-001
Defendant's Name     Case Number

     William Johnston
Counsel for Defendant     Counsel for Government

Matter called for:
( ) Motions          ( ) Setting Trial Date     ( ) Change of Plea Hrg.     ( ) Rule 35
(✓) Arraignment     ( ) Appeal from USMC     ( ) Sentencing     ( ) Rule 20 & Plea
( ) Probation/Supervised Release Hrg.     ( ) Pre-Indictment Plea     ( ) Other:

Defendant appeared:     ( ) in person     (✓) failed to appear
     ( ) with Counsel     ( ) without counsel     ( ) through counsel

Filed in open court:
( ) Criminal Information   ( ) Plea Agreement   ( ) Statement of Facts   ( ) Waiver of Indictment   ( ) Discovery Order

Arraignment & Plea:
( ) WFA     ( ) FA     ( ) PG     ( ) PNG     Trial by Jury:     ( ) Demanded     ( ) Waived

_____ Days to file Motions with Argument on _____ at _____
Case continued to _____ at _____ for: ( ) Jury Trial   ( ) Bench Trial   ( ) Sentencing

Bond Set at: $_____   ( ) Unsecured     ( ) Surety     ( ) Personal Recognizance
( ) Release Order Entered   ( ) Deft. Remanded     ( ) Deft. Released on Bond     ( ) Deft. Continued on Bond

Defendant is:  ( ) In Custody     ( ) Summons Issued     ( ) On Bond     ( ) Warrant Issued     ( ) 1st appearance