UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | [ ] | Case # 1:14 cr 715 |
| vs. | [ ] | Judge Anthony Tengla |
| JAMES THOMAS MCBRIDE | [ ] | |
| | [ ] | AFFIDAVIT OF TRUTH |
| | [ ] | STATEMENT OF FACTS |

**James Thomas McBride      Third Party Intervener Real Party In Interest**

I, James Thomas McBride, being of age, of sound mind and competent to testify, having firsthand knowledge of the facts as set forth herein do hereby depose and state, to wit:

- Only the DEFENDANT, the Authorized Representative for the DEFENDANT and/or the Executor for the Transmitting utility named as the DEFENDANT may Plea to the charges in the UNITED STATES DISTRICT COURT.

- On June 6, 2014 in the United States District Court for the Eastern District of Virginia, Alexandria Division, Judge Hilton did, with purpose and forethought, enter a Plea of "Not Guilty" to the charges in case number 1:14 CR 715.

- By his actions, Judge Hilton has established the evidence in fact that he is the DEFENDANT, the Authorized representative for the DEFENDANT and/or the Exector for the transmitting untility JAMES THOMAS MCBRIDE named as the DEFENDANT in case number 1:14 CR 715.

- As the Executor for the transmitting utility JAMES THOMAS MCBRIDE named as the DEFENDANT in Case number 1:14 CR 715 Judge Hilton has a mandatory fiduciary duty to immediately settle and close Case number 1:14 CR 715, release James Thomas McBride, Real Party In Interest from the involuntary servitude and unlawful restrictions on his liberties which he is being subjected and return the property to the Principle.

- As the DEFENDANT in Case number 1:14 CR 715 Judge Hilton holds all of the liability

- Failure of the Exector to immediately settle and close Case number 1:14 CR 715 in accordance with his fiduciary duty shall constitute a Breach of Fiduciary Duty by the Executor Judge Hilton.

- A Breach of Fiduciary Duty by the Executor, Judge Hilton, in Case number 1:14 CR 715 shall constitute an overt act in the furtherance of the involuntary servitude and unlawful

Case 1:14-cr-00175-AJT   Document 36   Filed 06/26/14   Page 2 of 2 PageID# 117

restrictions on the liberties of James Thomas McBride, Real Party in Interest.

Affiant further sayeth not.

I, James Thomas McBride certify upon my full commercial liability and under pains and penalties under the laws of the United States of America that the foregoing is true, correct, complete and not misleading, the truth, the whole truth and nothing but the truth so help me God.

Signed and charged this 16th day of June, 2014.

_____
James Thomas McBride Real Party in Interest

On the 16th day of June, 2014 a man appeared before me, a Notary Public, identified himself to my satisfaction to be James Thomas McBride, certified under pains and penalties under the laws of the United States of America that the foregoing is true, correct, complete and not misleading and affixed his signature hereto.

My commission expires on 06/30/2017.

_____                    Seal
Notary signature

Henry Young 06/16/2014

Henry Young
Commonwealth of Virginia
Notary Public
Commission No. 250194
My Commission Expires 06/30/2017