UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | [ ] | Case # 1:14 cr 715 |
| vs. | [ ] | Judge Anthony Tengla |
| JAMES THOMAS MCBRIDE | [ ] | CERTIFICATION OF |
| CHARGES | [ ] | FRCP RULE 11 |

**James Thomas McBride          Third Party Intervener Real Party In Interest**

Now comes James Thomas McBride, Real Party In Interest, Third Party Intervener, Defendant by Mistake with Demand for Certification of the Charges as constitutional.

The Public Record and the Affidavit annexed hereto create the federal question removing all discretion and charging the mandatory obligation to certify the

constitutionallity of the charges.

I hereby demand certification of the charges.

Notice of a Federal Question has been served on the United States Attorney General.

Signed and charged this /6th day of June, 2014.

James Thomas McBride, Real Party In

Interest

James Thomas McBride
Alexandria Detention Center
2001 Mill Street
Alexandria, Virginia

United States Attorney General
United States Department of Justice
Washington, DC

## NOTICE OF A FEDERAL QUESTION

A Federal Question has been raised in Case # 1:14 CR 715 in the United States District Court for the Eastern District of Virginia, Alexandria Division.

The Public Record and the Affidavit annexed hereto remove all discretion and charge the mandatory obligation to intervene and certify the Constitutionallity of the charges.

Signed and charged this 16th day of June, 2014.

James Thomas McBride, Real Party In Interest