UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | [ | Case # 1:14 cr 715 |
| vs. | [ | Judge Anthony Tengla |
| JAMES THOMAS MCBRIDE | [ | |
| | [ | DEMAND FOR LICENSE |
| | ] | |

**James Thomas McBride        Third Party Intervener Real Party In Interest**

Now comes James Thomas McBride, Third Party Intervener, Defendant by Mistake with a Demand for Production of a valid License to Practice Law for

Dana J. Boente, United States Attorney, William E. Johnston, Special Assistant United States Attorney, and Kosta S. Stojilkovic, Assistant United States

Attorney and any and all other actors representing the Plaintiff UNITED STATES OF AMERICA.

It is an accepted fact that one must have a license to practice law in this court. A 'license' is 'Permission, issued by a government agency, to do what is

otherwise unlawful.' It is also an accepted fact that a membership card to the AAA is **NOT** a valid license to drive. Neither is a membership to the Private

BAR Association, The British Accrediting Registry Association, a 'valid' license to practice law.

Dana J. Boente, United States Attorney, William E. Johnston, Special Assistant United States Attorney, and Kosta S. Stojilkovic, Assistant United States

Attorney offer their membership card to the private BAR Association as a valid 'license' to practice law contrary to established fact.

I hereby demand production of a valid license to practice law, issued by a government agency, for Dana J. Boente, United States Attorney, William E.

Johnston, Special Assistant United States Attorney, and Kosta S. Stojilkovic, Assistant United States Attorney.

Attempting to pass off a membership to a private association as a valid license would constitute fraud. Failure to produce a valid license, issued by a

government agency for Dana J. Boente, United States Attorney, William E. Johnston, Special Assistant United States Attorney, and Kosta S. Stojilkovic,

Assistant United States Attorney would constitue fraud on the court and treason against the constitution.

Signed and charged the 16TH day of June, 2014.

James Thomas McBride   Real Party In Interest