# UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF VIRGINIA
## ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | [   Case # 1:14 cr 715 |
| vs. | [   Judge Anthony Tengla |
| JAMES THOMAS MCBRIDE | [ |
| | [ ENTRY OF APPEARANCE |

**James Thomas McBride           Third Party Intervener Real Party In Interest**

Now comes James Thomas McBride, Real Party in Interest, Harmed Party, Defendant by Mistake, a living sentient man, Divine Spirit, Missing

Testator to the transmitting utility JAMES THOMAS MCBRIDE named as the Defendant in the instatnt matter, Keeper of the extraordinary Seal of

Saint Peter and Official occupant of the Office of the Chair of Saint Peter with an Entry of Appearance as Third Party Intervener.

Signed and Charged this _13th_ day of June, 2014.

_____
James Thomas McBride Real Party In Interest