UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | [ | Case # 1:14 cr 715 |
| vs. | ] [ ] | Judge Anthony Tengla |
| JAMES THOMAS MCBRIDE | [ ] [ ] | OBJECTION BY AFFIDAVIT OF TRUTH |

James Thomas McBride          Third Party Intervener Real Party In Interest

I, James Thomas McBride, being of age, of sound mind and competant to testify, having firsthand knowledge of the facts as set forth herein do hereby depose and state, to wit:

- On June 4, 2014 in the United States District Court for the Eastern District of Virginia, Alexandria Division Magistrate Judge Davis claimed that this court operates under the constitution yet refused bond in the above referenced matter, a non violent, non-capital case, in violation of the constitution.   I OBJECT.

- This court flies the gold fringed Admiralty/Maritime flag of war rather than the constitutional Title 4 Flag establishing the jurisdiction of the court as Admiralty/Maritime in violation of the constitution. I OBJECT.

- Magistrate Judge Davis has established as a matter of fact by his words and deeds in the courtroom that this court will and does reject Star Decisis and Res Judicata and refuses to take judicial cognizance of the Public Record in violation of the constitution. I OBJECT.

- This court accepts a membership card to a fpreign private association as a 'license' to practice law in violation of the constitution. I OBJECT.

- This court allows Titles of Nobility in violation of the constitution. I OBJECT.

- Judge Hilton and this court have and continue to assist the Plaintiff in the prosecution of their alleged claim entering a Plea to an assumed subject matter jurisdiction relieving Plaintiff of their mandatory obligation to prove subject matter jurisdiction in fact in violation of the constitution. I OBJECT.

- I object to this court gaining in personum jurisdiction over me by dragging me before the court at gun point and in shackles and chains in violation of the constitution.

- I object to this courts refusal to compel the Plaintiff to provide a corpus delicti in violation of the constitution.

- I object to this courts lack of honor and integrity; lack of neutrality; lack of transparency.

- I object to the municipal corporation masquerading as our government.

- I object to the Plaintiff's refusal to prove subject matter jurisdiction in fact; a valid contract entered into knowingly, willingly and with full disclosure which binds me to specific performance to the municipal corporation in violation of the constitution and established Doctrine.

- I object to and deny consent to the jurisdiction of the municipal corporation.

- I object to being labelled as an 'enemy combatant' and 'enemy alien' at birth by the Plaintiff.

- I object to the Plaintiff using my credit in violation of the Trading With The Enemy Act. (TWEA)

- I object to the Plaintiff and this court waging war against me, a living man, Divine Spirit, in violation of the Treaty of Peace 2010 between myself and the Plaintiff.

- I object to and deny consent to the involuntary servitude and unlawful restrictions on my liberties by the municipla corporation Plaintiff.

- I object to this courts operation under the Law of Necessity, the 'Law of no Law', or law of gangsters and outlaws to protect the carfully crafted illusion of power and authority as our government.

Affiant further sayeth not.

I, James Thomas McBride certify upon my full commercial liability and under pains and penalties under the laws of the United States of America that the foregoing is true, correct, complete and not misleading, the truth, the whole truth and nothing but the truth so help me God.

Signed and charged this __16th__ day of June, 2014.

_____
James Thomas McBride Real Party in Interest

On the __16th__ day of June, 2014 a man appeared before me, a Notary Public, identified himself to my satisfaction to be James Thomas McBride, certified under pains and penalties under the laws of the United States of America that the foregoing is true, correct, complete and not misleading and affixed his signature hereto.

My commission expires on __06/30/2017__.

_____   Seal

Henry Young, 06/16/2014



Henry Young
Commonwealth of Virginia
Notary Public
Commission No. 250194
My Commission Expires 06/30/2017