UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Case # 1:14-CR-175 |
| vs. | Judge Anthony Trenga |
| JAMES THOMAS MCBRIDE | |

James Thomas McBride        Third Party Intervener Real Party In Interest

## CROSS CLAIM & NOTICE OF CLAIM UNDER 18 USC 2384 Sec. 9 (A)

Now comes James Thomas McBride, Third Party Intervener, DEFENDANT by mistake with compulsary CROSS CLAIM and NOTICE OF CLAIM under 18 USC 2384 Sec. 9 (A) The Trading With The Enemy Act.

The instant matter at hand is an action of Prize before a military tribunal under an Admiralty/ Maritime War Flag. The Plainitff has seized my private property as booty under the Laws of War and Conflict and the Trading With The Enemy Act [TWEA] as Amended in 1939.

In Case No. 1:14 CR 715 the Plaintiff is attempting to access my credit, one more time, for the purpose of creating debt in my name in violation of TWEA.

At the instant of birth into this world I was labelled an 'Enemy Combatant" and 'Enemy Alien', absent any evidence or hearing, via the 1939 Amendment to TWEA. My status was placed as such on a list maintained by the U.S. Attorney General in his capacity as Custodian of the Alien Property. As a result of this incorrect status the United States has waged war against me and my property even though they access my credit, making me one of the super creditors to the United States, creating debt in my name to fund the day to day operations of their municipal corporation in violation of TWEA.

Engaging in financial transactions with the enemy in times of war or National Emergency is an act of treason under TWEA.

At the time of my birth into this world my father had honorably served the United States in the Korean conflict and in Japan as a personal aid and driver for General McCarther. He was honorably discharged as a hero having risked his life for America and the United States.

As I reached the age of 21 days of age the United States, having labelled me an 'Enemy Combatant', created a transmitting utility, represented by the birth certificate, to facilitate the flow

of my credit to the United States as well as the return of the interest to source. The birth certificate establishes the evidence, in fact, that the United States has accessed my credit, creating debt in my name, thereby executing 'The Original Equity Contract' and charging their mandatory obligation to discharge all debt created in my name and returning the interest to source.

Today, due the my incorrect status as maintained by the Custodian of the Alien Property the United States has refused to discharge the debt created in my name and is holding the interest due me under the Laws of Prize.

In Case No. 1:14 CR 715 the United States, under the direction of the U.S. Attorney General, has seized my property under the guise of property of an enemy combatant while, once again, attempting to access my credit to create debt in my name while side stepping their mandatory obligations under 'The Original Equity Contract' in violation of TWEA.

I came into this world the son of a war hero. Without evidence or hearing I was labelled an enemy combatant. For 60 years the United States, under the direction of the U.S. Attorney General, has accessed my credit creating debt in my name. The U.S. Attorney General, in his capacity as Custodian of the Alien Property, has operated in violation of TWEA while refusing to discharge the debt created in my name and return the interest to source.

The municipal corporation United States cannot have it both ways. The U.S. Attorney General, in his capacity as Custodian, labelled me an enemy combatant, then in his capacity as Trustee for the United States, the U.S. Attorney General has accessed my credit creating debt in my name. Then again, in his capacity as Custodian, the U.S. Attorney General holds my property and interest as the property of an enemy.

The actions of the U.S. Attorney General are clearly in violation of TWEA, either intentionally as acts of treason or by mistake which must be corrected.

I hereby stake my claim to the property and interest held in the name of JAMES THOMAS MCBRIDE with associated Social Security number 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 and demand that the Custodian immediately make the corrections to his records to reflect my status as "Friend, Ally and Creditor of the United States", and release and return the property and interest to me without restrictions and/or limitations for my full enjoyment.

Signed and charged the 25th day of June, 2014.

James Thomas McBride Real Party In Interest

# Brief In Support of Claim
# A Peaceful and Benevolent Democracy

It seems that there is a mis-conception as to my intent. It is NOT my intent to 'overthrow' the present system of government nor it is it my intent to dissolve and liquidate the municipal corporate civil administration which presently administrates the affairs of the American people.

I agree that the present system of government is absolutely necessary today; that a large percentage of the population of America is NOT ready or capable of being 100% accountable. I agree that wide spread sharing of the truth on which I stand would be counterproductive to the best interest of America and the American People; that the destruction of the present Democracy could lead to a breakdown of our society throwing America into chaos, contrary to my intent.

It is an established fact that the Vatican enjoys dominion over the world, by conquest and that the Treaty, The Holy Alliance 1213, is the valid title to the Global Kingdom held in trust by the Supreme Pontiff for the benefit of the Divine Spirit.

It is an established fact that the civil administration of the global trust under the Roman Curia is a Democracy, a central power structure, with the Supreme Pontiff at its head. The United States, a Democracy, is but a part and parcel of the global civil administration operating under the Supreme Pontiff via the Roman Curia.

It is also an established fact that it is the responsibility of the church to care for the poor; the paupers; that we live in a world of limited liability and that the church has bourne the weight of this limited liability lifestyle for far too long. It is also an established fact that it is the mis-administration and mis-appropriation by the civil administration under the legal fiction/ illusionary world created by the Roman Curia which has given rise to the Military Industrial Complex, their war against the people of the world and the 'labelling' of every American as paupers and enemies of the state at the expense of the church.

I understand that the world is in an inevitable transition from limited liability to un-limited liability, to 100% accountability; That this transition is a process and NOT an event and that ensuring a smooth and peaceful transition will take courage,   co-operation, an open mind and willingness to release the old ways opening the door to the new. I understand that letting go of control is a scary thing in a world filled with war and violence. Yet, I also understand the law of attraction mandates that war and violence begets war and violence; That war and violence can never result in peace and unity. Only peace and unity can give rise to peace and unity.

I believe that we cannot 'go back' but must move forward. I believe that the present system, an extremely efficient Democracy, is exactly what is needed as we move forward into un-limited liability.

This transition will take courage, cooperation and understanding by those with insight and vision and the ability to manage the fear and seeming chaos as the old belief systems drop away to make room for the new. This transition, which one day will appear as a giant leap in evolution, is but a different perspective than what we live by today. It is not the destruction of the present system but the breaking down of the present perspective and belief system which is our task.

It has been the thirst for power and control at the cost of millions of lives in the name of peace and religion that has given rise to the mighty war machine which attempts to rule the thoughts and minds of

the people today. It is the illusion of ownership, the illusion of control over the human mind, the illusion of control over the Divine Spirit which has birthed a world of conflict and violence; a world of separation; a world of lack and want on a peaceful, abundant and prosperous earth.

We have attempted to solve the issues of the world under an 'outside in' problem solving model. "If THEY would just change their ways then WE would be ok." We see the 'problem' as being 'out there' while we refuse to look at the deeper issues within which have given rise to the issues of the day.

The enlightened being understands that what is 'out there' is but a reflection of what is 'within'. The enlightened being understands that if we can couragously look within and make the corrections 'Inside' then we will begin to see the issues of the day from a different perspective. We understand that if we look within and make the necessary corrections then the perceived issues 'out there' will simply fade away. We understand that we will begin to reflect and attract a more peaceful and compassionate reality for ourselves. We must begin to solve the issues of the day from an 'Inside Out' problem solving method rather than the same old 'Outside In' method which got us to where we are today. Albert Einstein said that "We cannot solve the isses of the day from the same point of view in which we created them."

We understand that we must be the change we seek in the world; That we must courageously lead the way to peace and unity ...... by BEING peace and unity. We understand that we must make the first steps toward a peaceful and abundant world, which we can no longer wait for those 'out there' to make the necessary change. We must be the world leaders we profess to be by bringing an end to the perpetual war and violence. We must lay down our weapons and begin to promote peace via peaceful means. Let us courageously work in cooperation to create a peaceful and benevolent democracy as we make the inevitable transition into a more peaceful and abundant reality for all mankind.

I AM a friend, ally and creditor to the United States.

And SO IT IS.

Signed and charged the 25th day of June, 2014

James Thomas McBride