# UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF VIRGINIA
### ALEXANDRIA DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | [ | **Case # 1:14-CR-175** |
| | ] | |
| **vs.** | [ | **Judge Anthony Trenga** |
| | ] | |
| **JAMES THOMAS MCBRIDE** | [ | |
| | ] | |
| | [ | |

**James Thomas McBride**      **Third Party Intervener Real Party In Interest**

## PETITION TO SUPPRESS EVIDENCE

Now comes James Thomas McBride, Real Party in Interest, Third Party Intervener, DEFENDANT by Mistake seeking to suppress all of the evidence as a violation of the Constitution and the Right to Contract.

Signed and charged this ___26th___ day of June, 2014.

James Thomas McBride Real Party In Interest