IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Case No. 1:14-cr-175 (AJT) |
| | ) | |
| JAMES THOMAS MCBRIDE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## ORDER

Defendant James Thomas McBride has filed a series of documents titled (1) Affidavit of Truth Statement of Facts [Doc. No. 36]; (2) Certification of FRCP Rule 11 [Doc. No. 37]; (3) Challenge to Subject Matter Jurisdiction [Doc. No. 38]; (4) Demand for Identity Hearing [Doc. No. 39]; (5) Demand for License [Doc. No. 40]; (6) Objection by Affidavit of Truth [Doc. No. 42]; (7) Motion for Preliminary Injunction and Expidited Hearing (sic) [Doc. No. 43]; (8) Cross Claim & Notice of Claim Under 18 U.S.C. 2384 Sec. 9 (A) [Doc. No. 44]; and (9) Petition to Suppress Evidence [Doc. No. 45]. The Court has carefully reviewed each of these filings and has attempted to understand the substance of each filing and whether defendant has asserted some cognizable claim or defense therein. Based on that review, the Court concludes that, except as noted below, there are no understandable cognizable issues asserted; and it is hereby

ORDERED that the defendant's Affidavit of Truth Statement of Facts [Doc. No. 36] be, and the same hereby is, DENIED; and it is further

ORDERED that defendant's Certification of FRCP Rule 11 [Doc. No. 37] be, and the same hereby is, DENIED; and it is further

ORDERED that defendant's Challenge to Subject Matter Jurisdiction [Doc. No. 38] be, and the same hereby is, DENIED, the Court having affirmatively concluded that this Court has subject matter jurisdiction; and it is further

ORDERED that defendant's Demand for Identity Hearing [Doc. No. 39] be, and the same hereby is, DENIED; and it is further

ORDERED that defendant's Demand for License [Doc. No. 40] be, and the same hereby is, DENIED; and it is further

ORDERED that defendant's Objection by Affidavit of Truth [Doc. No. 42] be, and the same hereby is, DENIED; and it is further

ORDERED that defendant's Motion for Preliminary Injunction and Expidited Hearing (sic) [Doc. No. 43] be, and the same hereby is, DENIED; and it is further

ORDERED that defendant's Cross Claim & Notice of Claim Under 18 U.S.C. 2384 Sec. 9 (A) [Doc. No. 44] be, and the same hereby is, DENIED; and it is further

ORDERED that defendant's Petition to Suppress Evidence [Doc. No. 45] be, and the same hereby is, DENIED without prejudice to any objections that may be asserted at trial.

The Clerk is directed to forward copies of this Order to all counsel of record, to the defendant's standby counsel (*see* Doc. No. 29), and to the defendant.

/s/
Anthony J. Trenga
United States District Judge

Alexandria, Virginia
July 1, 2014