```
                   UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF VIRGINIA
                        ALEXANDRIA DIVISION

UNITED STATES OF AMERICA,    ) Case 1:14-cr-00175
                             )
          Plaintiff,         )
                             )
     v.                      ) Alexandria, Virginia
                             ) May 30, 2014
JAMES THOMAS McBRIDE,        ) 9:06 a.m.
                             )
and                          )
                             )
SHARYN JOY BROWN,            )
                             )
          Defendants.        )
                             ) Pages 1 - 3
```

TRANSCRIPT OF ARRAIGNMENT

BEFORE THE HONORABLE CLAUDE M. HILTON

UNITED STATES DISTRICT COURT JUDGE

FOR THE PLAINTIFF:

    KOSTA S. STOJILKOVIC, ESQUIRE
    WILLIAM E. JOHNSTON, ESQUIRE
    OFFICE OF THE UNITED STATES ATTORNEY
    2100 Jamieson Avenue
    Alexandria, Virginia 22314
    (703) 299-3700

FOR DEFENDANT SHARYN JOY BROWN:

    CHARLES BURNHAM, ESQUIRE
    EUGENE V. GOROKHOV, ESQUIRE
    BURNHAM & GOROKHOV, PLLC
    1724 20th Street, N.W, Suite 304
    Washington, D.C. 20009
    (240) 506-6688

THE DEFENDANT, SHARYN JOY BROWN, IN PERSON

  COMPUTERIZED TRANSCRIPTION OF STENOGRAPHIC NOTES

```
 1              THE CLERK:  Criminal 2014-175, United States
 2  of America v. James Thomas McBride and Sharyn Joy
 3  Brown.
 4              MR. JOHNSTON:  Good morning, Your Honor.
 5  William Johnston and Kosta Stojilkovic for the United
 6  States.
 7              MR. BURNHAM:  Good morning, Your Honor.
 8  Charles Burnham with Eugene Gorokhov on behalf of
 9  Ms. Brown, who is present.
10              THE COURT:  Good morning.
11              MR. JOHNSTON:  Your Honor, Mr. McBride, the
12  other codefendant, has not yet arrived here from South
13  Carolina where the arrest warrant was executed.
14              THE COURT:  All right.
15              THE CLERK:  Has that defendant received a
16  copy of the indictment?
17              MR. BURNHAM:  She has.  She's received a copy
18  of the indictment.  We've reviewed the indictment with
19  the defendant.  We'd like to enter a plea of not
20  guilty, request a jury trial, and waive formal reading
21  of the indictment.
22              Thank you.
23              THE COURT:  All right. This is Judge
24  Trenga's case.  He's left me some dates, July 28 to 31
25  and August 11 to 13.
```

1  MR. BURNHAM: That's fine with us, Your
2  Honor. July 28 through the 31st is fine with the
3  defense.
4  MR. JOHNSTON: We would prefer August 11.
5  (Counsel confer.)
6  MR. BURNHAM: Your Honor, we've agreed to set
7  it for the July dates starting on the 27th.
8  THE COURT: July 28?
9  MR. BURNHAM: Yes, Your Honor, that's fine.
10  THE COURT: All right. July 28 with a jury.
11  File any motions you have to file within 20 days. He's
12  given me June 27 or July 18 for motions.
13  MR. BURNHAM: We prefer the July 18 date,
14  Your Honor.
15  THE COURT: All right. July 18 for motions
16  if any are filed.
17  MR. BURNHAM: Thank you.
18  -------------------------------------
     Time: 9:08 a.m.
19
20
21
   I certify that the foregoing is a true and
22
   accurate transcription of my stenographic notes.
23
24
                                    /s/
25                          Rhonda F. Montgomery, CCR, RPR