

Court Administrator
U.S. District Court Eastern District of Virginia
401 Courthouse Square
Alexandria, Virginia 22314-5798

In Re: Case #1:14 CR 175

    I am James Thomas McBride, Son of David, beneficiary in original jurisdiction, Grantee of the Public Trust Account JAMES THOMAS MCBRIDE demanding settlement of the account for the redemption of the property in this the year of Jubilee.
    Find enclosed Grantee's 'Notice of Dissolution of the Trust, ab initio' which has been presented to the Custodian of the Alien Property in case of the U.S. Attorney General for redemption and return of the property to its rightful owner.

Done this ___7th___ day of June, 2016 in the year of Jubilee.

                                    James Thomas McBride   Grantee

James Thomas McBride 63027-066
Federal Correctional Institution
P.O. Box 1000
Loretto, PA. 15940

REDACTED

## NOTICE OF DISSOLUTION OF TRUST AB INITIO
### James Thomas McBride, Grantee

| | |
|---|---|
| In Re: | Public Trust Account |
| | JAMES THOMAS MCBRIDE |
| Birth #: | 195402 4518 |
| S.S. #: | 0781 |
| Reg. Date: | February 25, 1954 |
| Grantor: | James Thomas McBride |
| Beneficary: | James Thomas McBride |
| Trustee: | UNITED STATES |

I am James Thomas McBride, Son of David, beneficiary in original jurisdiction. Grantee of the above referenced Public Trust Account.

At birth, absent my consent and failing full disclosure, my property and my labor were 'gifted' to the Public Trust. The above referenced Public Trust Account was erected for my benefit. I have been compelled to perform and held liable under the codes and statutes of the Public Trust.

The Trust no longer serves my highest interest as Grantor or Beneficiary, therefore,

In this the Year of Jubilee, I do hereby marry my two positions as Grantor and Beneficiary for the express purpose of collapsing and dissolving the trust ab inito for fraud for the Redemption of the Property.

So It Is Done this the 8th day of June, 2016 in the Year of the Jubilee.

_____
James Thomas McBride - Grantee

_____  6/8/16
Witness Signature    Date

_____  6/8/16
Witness Signature    Date

_____  6/8/16
Witness Signature    Date

REDACTED

```
LAMAR COUNTY, GA. SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
AUG - 6 2015   AT   12:00 P M
BPA BOOK _____49_____ PAGES 467
DEPUTY CLERK
```



**STATE OF OHIO**
**OFFICE OF VITAL STATISTICS**

**CERTIFICATION OF BIRTH**

| | | | |
|---|---|---|---|
| STATE FILE NUMBER | 1954024518 | DATE RECORD FILED | 02/25/1954 |
| NAME | JAMES THOMAS MCBRIDE | | |
| DATE OF BIRTH | ____ 1954 | SEX | Male |
| BIRTHPLACE | OHIO | | |
| MOTHER'S NAME | SHIRLEY ANN MCBRIDE | FATHER'S NAME | JAMES ROMEO MCBRIDE |
| MAIDEN NAME | STUMBO | | |
| MOTHER'S BIRTHPLACE | OHIO | FATHER'S BIRTHPLACE | MICHIGAN |

This is a true certification of the name and birth facts as recorded in the Office of Vital Statistics, Columbus, Ohio. Witness my signature and seal of the Department of Health this 12 day of June 2015.

State Registrar of Vital Statistics

CENTRAL LOCATION

**VOID WITHOUT WATERMARK OR IF ALTERED OR ERASED**
VERIFY PRESENCE OF ODH WATERMARK — HOLD TO LIGHT TO VIEW